Opinion filed March 26, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed March 26,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00166-CV

                                                    __________

 

                              IN THE INTEREST OF A.T.B., A CHILD

 



 

                                          On
Appeal from the 50th District Court

 

                                                          Baylor
County, Texas

 

                                                    Trial
Court Cause No. 10098

 



 

                                             M
E M O R A N D U M   O P I N I O N

Appellant
has filed in this court a motion to dismiss her appeal.  The motion is granted,
and the appeal is dismissed.

 

PER CURIAM

March 26, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.